■ In the Matter of IRVING DANSKER, an Attorney.—Motion to amend order of this court granted. Concur—Stevens, P. J., Markewich, Kupferman, Lane and Nunez, JJ.

■ ROBERT GARONE et al. v ROBERTS' TECHNICAL AND TRADE SCHOOL, INC., et al.—Motion for reargument denied with $20 costs. The only issue to be retried is the factual issue presented by plaintiffs' claim that movant is responsible in damages because of his failure to obtain informed consent before the operation, as indicated in the majority opinion rendered herein. In all other respects the judgment was affirmed. Concur—Stevens, P. J., Murphy, Lupiano, Capozzoli and Lane, JJ.

■ In tne Matter of FRANK I. TASHKER, an Attorney.—Respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Kupferman, J. P., Murphy, Lupiano, Tilzer and Nunez, JJ.

### (May 27, 1975)

■ In the Matter of ANTHONY ROSADO et al., Respondents. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—Judgment, Supreme Court, New York County, entered on or about December 11, 1974, unanimously affirmed on opinion of Fine, J., at Special Term, and that the respondents recover of the appellant one bill of $60 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Lupiano, Tilzer, Lane and Nunez, JJ.